■ In the Matter of Robert Balintfy et al., Respondents, v Town of Clay, Appellant.—Order unanimously affirmed with

costs for reasons stated at Special Term, Donovan, J. (Appeal from order of Supreme Court, Onondaga County, Donovan, J.—late notice of claim.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.